UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
AMELIA GONZALEZ,

                Plaintiff(s),

   -v-

JOHN W. SNOW,

                Defendant (s).
-------------------------------------------------X

**ORDER OF DISMISSAL**
CV 05-1791 (RJD)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ MAY 10 2006 ★

BROOKLYN OFFICE

It having been reported to the Court by counsel that the above action has been settled,

It is, on this __10TH__ day of __MAY 2006__

**ORDERED,** that this action is hereby dismissed without costs, and without prejudice to the right to reopen the action within 90 days if the settlement is not consummated.

The Clerk of the Court is directed to close the case, forthwith.

**SO ORDERED.**

Dated:     Brooklyn, New York
           MAY 10, 2006

                      s/Raymond J. Dearie
                      RAYMOND J. DEARIE
                      UNITED STATES DISTRICT JUDGE